**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**CRIMINAL ACTION NO. 5:14-93-DLB-CJS**
**CRIMINAL ACTION NO. 2:09-88-DLB-CJS**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**              **ORDER ADOPTING REPORT AND RECOMMENDATION**

**STEVEN D. LOWE**                                                   **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the April 27, 2017 Report and Recommendations ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Steven Lowe's supervised release. (Docs. # 34 in 5:14-cr-93 and # 56 in 2:09-cr-88). During the Final Revocation Hearing (Docs. # 32 in 5:14-cr-93 and # 53 in 2:09-cr-88), conducted by Judge Smith on April 18, 2017, Defendant stipulated to violating the terms of his supervised release in both of the above cases, as set forth in the March 7, 2017 Violation Report (Sealed Docs. # 29 in 5:14-cr-93 and # 51 in 2:09-cr-88) and April 17, 2017 Addendum (Sealed Docs. # 33 in 5:14-cr-93 and # 54 in 2:09-cr-88).

Defendant having executed a waiver of his right to allocution (Docs. # 31 in 5:14-cr-93 and # 55 in 2:09-cr-88), and both parties having waived the time for filing objections to the R&Rs (Docs. # 32 in 5:14-cr-93 and # 53 in 2:09-cr-88), this matter is now ripe for the Court's consideration. The Court having reviewed the R&Rs, and concluding that they are sound in all respects, including the recommended sentence and the basis for said

1

recommendation, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendations (Docs. # 34 in 5:14-cr-93 and # 56 in 2:09-cr-88) are hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a fifteen (15) term of imprisonment in both cases to run concurrently, for a **total term of 15 months with credit to be given for time served from his April 4 to April 18, 2017, detention**, with a 5-year term of supervision to follow in case number 2:09-cr-88, and a 21-month term of supervision to follow in case number 5:14-cr-93, for a **total term of supervised release of 5 years** to follow on the same standard and special conditions previously imposed. In addition, Defendant is to be immediately placed in a **90-day inpatient treatment program** as directed by the Probation Office, and upon completion of the inpatient treatment program, shall be placed in a **halfway house for 120 days** as directed by the Probation Office;

(5) The Court recommends that the Bureau of Prisons place Defendant at the federal correctional facility located in Lexington, Kentucky, for service of the sentence imposed;

(6) Defendant is ordered to self surrender by reporting to the U.S. Marshal's Office located at the United States Courthouse, 101 Barr Street, Lexington, KY 40507,

**before 2:00 p.m. on May 2, 2017**; and

    (7)    A Judgment shall be entered concurrently herewith.

This 1st day of May, 2017.



K:\DATA\ORDERS\Lexington\2014\14-93 Order adopting R&R re SRV.wpd